

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6358

November 15, 2024

**VIA ECF**
The Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

    Re:    ***Boehringer Ingelheim Pharm., Inc., et al. v. Anobri Pharm. US, LLC***
              **Civil Action No. 23-3530 (CCC)(LDW) (consolidated)**

Dear Judge Wettre:

    This firm, together with Parker Poe Adams & Bernstein LLP, represents Defendant Anobri Pharmaceuticals US, LLC ("Anobri") in the above-captioned matter. We write on behalf of all parties to provide an update on how to proceed in this case as directed by the Court during the November 8 status teleconference.

    The parties do not believe that administratively closing the case would be appropriate. The parties have agreed that the 30-month stay should be extended and are meeting and conferring to discuss the length of that extension and a case schedule to propose to the Court. The parties will present the Court with either an agreed-upon schedule or their respective proposals for a case schedule within one week, on or before November 22. If this meets with the Court's approval, we have included a form of endorsement below.

    Thank you for Your Honor's kind attention to this matter.

                                                 Respectfully submitted,

                                               *William Murtha*
                                               William P. Murtha, Esq.

cc:    All counsel (via email)

**SO ORDERED** that the parties shall electronically file a joint proposed modified scheduling order no later than November 22, 2024 or file their respective positions on the case schedule with the Court by that date if the parties are unable to agree.

_____
Hon. Leda D. Wettre, U.S.M.J.