**HILL WALLACK LLP**

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6358

January 30, 2025

**VIA ECF**
The Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

    Re:   *Boehringer Ingelheim Pharm., Inc., et al. v. Anobri Pharm. US, LLC*
            Civil Action No. 23-3530 (CCC)(LDW) (consolidated)

Dear Judge Wettre:

    This firm, together with Parker Poe Adams & Bernstein LLP and Procopio, Cory, Hargreaves & Savitch LLP, represent the Defendant Anobri Pharmaceuticals US, LLC ("Anobri") in the above-captioned matter. The parties have continued to meet and confer and have exchanged additional drafts of the stipulation extending the stay. We are continuing to negotiate the terms of the stipulation but, as Anobri transitions to new counsel, and given the Chinese New Year (Anobri is located in China), the parties require additional time to finalize a proposed stipulation for submission to the Court. Meanwhile, the parties are proceeding according to the schedule entered by Your Honor (D.I. 106).

    With the consent of Plaintiffs, we respectfully request a two-week extension to submit a proposed stipulation to the Court. If this request meets Your Honor's approval, we have a included a form of endorsement below.

    Thank you for Your Honor's kind attention to this matter.

                                    Respectfully submitted,

                                    *s/ William Murtha*
                                    William P. Murtha

cc:    All counsel (via email)

**SO ORDERED** that the deadline to
submit a proposed stipulation extending
the 30-month stay is now February 13, 2025.

*/s/ Leda Dunn Wettre*
_____
Hon. Leda D. Wettre, U.S.M.J.
Dated: January 31, 2025