

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

March 10, 2025

**VIA ECF**

| | |
|---|---|
| The Honorable Claire C. Cecchi, U.S.D.J. | The Honorable Leda D. Wettre, U.S.M.J. |
| United States District Court | United States District Court |
| Martin Luther King, Jr. Federal Building | Martin Luther King, Jr. Federal Building |
| 50 Walnut Street | 50 Walnut Street, Room 2060 |
| Newark, New Jersey 07101 | Newark, New Jersey 07101 |

Re: *Boehringer Ingelheim Pharm., Inc., et al. v. Anobri Pharm. US, LLC*
Civil Action No. 23-3530 (CCC)(LDW) (consolidated)

*Boehringer Ingelheim Pharm., Inc., et al. v. Anobri Pharm. US, LLC*
Civil Action No. 24-9135 (CCC)(LDW)

Dear Judge Cecchi and Judge Wettre:

This firm, together with Covington & Burling LLP, represents Boehringer in the above-captioned matters.

We write to inform the Court that on March 7, 2025, Boehringer informed FDA that it was requesting removal of the asserted patents from the Orange Book for the NDAs and products at issue in the above-captioned actions. As a result, the 30-month stays that resulted from the filing of these cases will be terminated.

Boehringer requested removal of the asserted patents from the Orange Book in light of the Federal Circuit's decision in *Teva Branded Pharmaceutical Products R&D, Inc. v. Amneal Pharmaceuticals of New York, LLC*, No. 24-1936 (Fed. Cir.), and its denial of the petition for rehearing on March 3, 2025. We will be prepared to discuss this further with the Court during this morning's 11:30 a.m. telephone conference with Judge Wettre.

Thank you for Your Honors' kind attention to these matters.

Respectfully yours,

Charles M. Lizza

cc: All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP