

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-XXX

October 3, 2025

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

    Re:    **Boehringer Ingelheim et als. v. Anobri Pharmaceuticals US, LLC, et als.**
               Civil Action No.: 2:23-cv-3530 (CCC) (LDW)(consolidated)

               **Boehringer Ingelheim et als. v. Anobri Pharmaceuticals US, LLC, et als.**
               Civil Action No.: 2:24-cv-9135 (CCC) (LDW)(not consolidated)

Dear Judge Wettre:

    This firm, together with Procopio, Cory, Hargreaves & Savitch LLP, represents Defendant Anobri Pharmaceuticals US, LLC ("Anobri") in the above-captioned matters. As Your Honor is aware, this Court entered the Amended Scheduling Order (ECF 167) on August 5, 2025. Anobri has proposed a one-week adjustment to the expert discovery schedule, with no changes to the dates associated with the upcoming status conference and scheduling conference. The proposed changes to the Scheduling Order are reflected in the table below:

| Event | Date | Proposed Date |
|---|---|---|
| Responding expert reports | October 10, 2025 | October 17, 2025 |
| Status letter to Court | October 28, 2025 | Unchanged |
| Status Conference | November 4, 2025 | Unchanged |
| Reply expert reports | November 7, 2025 | November 14, 2025 |
| Settlement letters due | November 14, 2025 | Unchanged |
| Settlement conference | November 19, 2024 | Unchanged |
| Close of expert discovery | December 12, 2025 | December 19, 2025 |

    The parties have conferred, and Boehringer does not oppose this adjustment.

    If this request is amenable to the Court, we respectfully request that Your Honor "**So Order**" this letter and enter it on the dockets.

    We appreciate the Court's attention to this matter.

                                  Respectfully submitted,

                                  /s/ William Murtha

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 2

WILLIAM P. MURTHA

cc: All Counsel of Record (via ECF)

**SO ORDERED** the proposed changes to the current Scheduling Order above are hereby **GRANTED**.

*Leda Dunn Wettre*
_____
Hon. Leda D. Wettre, U.S.M.J.

Date: October __6__, 2025