SAUL EWING LLP

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

**VIA ECF** November 6, 2026

The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

Re: *Boehringer Ingelheim Pharm., Inc., et al. v. Anobri Pharm. US, LLC*
Civil Action Nos. 23-3530 & 24-9135 (CCC)(LDW)

Dear Judge Cecchi:

This firm, together with Covington & Burling LLP, represents Plaintiffs Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim International GmbH in the above-captioned matters.

In view of the January 20, 2027 trial date, the parties have agreed, subject to the Court's approval, to the following briefing schedule for each party's *Daubert* motion (*see* ECF No. 221 at 3)[1]:

- November 10, 2026: Deadline to file *Daubert* motions
- November 24, 2026: Deadline to file oppositions to *Daubert* motions
- December 8, 2026: Deadline to file replies in support of *Daubert* motions

If this briefing schedule meets with the Court's approval, we have included a form of endorsement below. Thank you for Your Honor's kind attention to these matters.

Respectfully yours,

Charles M. Lizza

cc: Hon. Leda D. Wettre, U.S.M.J. (via ECF)
All counsel of record (via email)

[1] Plaintiffs' agreement to this briefing schedule is without waiver of their objection to Anobri's proposed *Daubert* motion, as set forth in ECF No. 221 at 3 n.3.

SO ORDERED:

______________________________
Hon. Claire C. Cecchi, U.S.D.J.